2085. MINTER v. THE STATE.

RUSSELL, J. The venue is not sufficiently proved. *Moye* v. *State*, 65 *Ga.* 754; *Cooper* v. *State*, 106 *Ga.* 120 (32 S. E. 23). *Judgment reversed.*

Accusation of sale of liquor; from city court of Monticello—Judge Thurman. July 28, 1909.

Argued October 25,—Decided November 9, 1909.

*Doyle Campbell*, for plaintiff in error.

*Greene F. Johnson, solicitor*, contra.